IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GLENN RAY SEXTON,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:23cv408-MHT
                             )          (WO)
DANNY BOND, Sheriff, and     )
MELONDY PATTERSON,           )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining about various conditions he experienced while incarcerated in the Butler County Jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of August, 2024.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE